UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURIE VOLPE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DICERNA PHARMACEUTICALS, INC., DOUGLAS M. FAMBROUGH, III, J. KEVIN BUCHI, STEPHEN DOBERSTEIN, MARTIN FREED, PATRICK M. GRAY, STEPHEN J. HOFFMAN, ADAM M. KOPPEL, MARC KOZIN, and CYNTHIA SMITH,<br><br>　　　　　　　　　　Defendants. | Case No.: 1:21-cv-10342-PKC |

## NOTICE OF VOLUNTARY DISMISSAL

　　　Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses her claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: December 16, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**MONTEVERDE & ASSOCIATES PC**

　　　　　　　　　　　　　　　　　　　　　*/s/Juan E. Monteverde*
　　　　　　　　　　　　　　　　　　　　　Juan E. Monteverde (JM-8169)
　　　　　　　　　　　　　　　　　　　　　The Empire State Building
　　　　　　　　　　　　　　　　　　　　　350 Fifth Avenue, Suite 4405
　　　　　　　　　　　　　　　　　　　　　New York, New York 10118
　　　　　　　　　　　　　　　　　　　　　Tel: 212-971-1341
　　　　　　　　　　　　　　　　　　　　　Fax: 212-202-7880

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*